**United States District Court**
**Northern District of Illinois**

|  |  |  |
|---|---|---|
| MORGAN COLE, on behalf of himself and all others similarly situated, | ) ) ) ) | Case No.: 1:25-cv-7816 |
|  | ) | JUDGEMENT |
| Plaintiffs, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| Act + Acre, Inc., | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |
|  | ) |  |

**ORDER**

This action having been commenced on July 10, 2025 by the filing of a Complaint, and a copy of the Complaint and Summons having been properly served on Defendant on September 17, 2025, and proof of service having been filed on September 24, 2025, and Defendant not having answered the Complaint, and the time for answering the Complaint having expired.

This matter having come before the Court on Plaintiff's motion for default judgment, and Defendant having failed to appear, plead, or otherwise defend, the Court finds that the Defendant violated Title III of the Americans with Disabilities Act, 42 U.S.C. §§ 12181 et seq., by maintaining an inaccessible commercial website.

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motion for Default Judgment is GRANTED.

2. Within 180 days of this Order, Defendant shall implement the following corrective actions on its website, https://actandacre.com:

    a. Provide descriptive alternative text for all meaningful images.

    b. Correct form field labeling to ensure compatibility with screen readers.

    c. Implement a "skip to content" feature to bypass repetitive navigation.

1

d. Ensure all navigation menus, dropdowns, and interactive elements are fully operable via keyboard.

e. Ensure focus order follows logical reading sequence.

f. Correct all ambiguous or unlabeled links and buttons to convey purpose.

g. Ensure any carousels or dialogs include accessible controls and can be paused or advanced by keyboard.

h. Defendant shall adopt internal policies and staff training to ensure continued website accessibility for future updates.

3. Plaintiff is awarded his reasonable attorneys' fees and costs, to be determined upon submission of a fee petition. Within 180 days, Defendant shall also file with this Court a sworn certification by an officer or authorized representative, under penalty of perjury, that the above corrective actions have been implemented.

4. This Court retains jurisdiction to enforce this Order.

**IT IS SO ORDERED.**

Dated: November 20, 2025

_____
Lindsay C. Jenkins
UNITED STATES DISTRICT JUDGE

2